UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CELESTINE BURRELL** | * | NO. |
| | * | |
| **VERSUS** | * | SECTION " " |
| | * | |
| **KMART CORPORATION** | * | MAGISTRATE " " |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

The complaint of Celestine Burrell alleges upon information and belief as follows:

1.

Plaintiff, Celestine Burrell, is a resident of the State of Louisiana.

2.

Made defendant herein is KMART Corporation, a foreign corporation authorized to do and doing business within this Parish and State.

3.

The amount in controversy in this case exceeds $75,000, exclusive of interests and costs.

4.

Jurisdiction exists by virtue of diversity of citizenship, 28 U.S.C. § 1332(a).

5.

On September 10, 2010, Celestine Burrell was shopping at the Giant KMART store situated on U.S. Highway 190 in Mandeville, Louisiana at which point she was caused to slip and fall.

6.

The above described accident occurred as a result of a leak or spillage of a substantial quantity of water which was situated between the checkout counters at the front of the store and a drink or ice machine situated between the checkout counters and the front wall of the store, in plain view of at least two cashiers then on duty.

7.

Based upon the foregoing, defendant is negligent.

8.

As a result of the negligence of the defendant, plaintiff has sustained injuries and losses for which she claims damages from defendant, to-wit:

a. Past and future medical expenses .............. $150,000

b. Past and future lost wages and/or loss of
   earning capacity ............................ $250,000

c. Past and future physical pain and suffering ....... $250,000

d.  Past and future mental anguish, emotional
    distress, disfigurement, disability and scarring ...  <u>$250,000</u>

**Total** ................................ **<u>$900,000</u>**

9.

Plaintiff is entitled to and demands trial by jury with regard to all issues.

**WHEREFORE**, plaintiff prays that the defendant be cited and served with a copy of this complaint compelling it to appear and answer same, and that after all due proceedings had herein that there be judgment in favor of plaintiff and against defendant, for all relief itemized above, together with all costs of these proceedings, interest from the date of judicial demand and any and all other relief which may be available under the circumstances.

Respectfully submitted,

<u>/s/Scott E. Silbert</u>
SCOTT E. SILBERT, T.A. (12068)
Silbert & Garon, L.L.P.
909 Poydras Street, Suite 2130
New Orleans, LA 70112
Telephone: 504-581-6200
Telecopier: 504-584-5270

- and -

Michael Hingle (6943)
Michael Hingle & Associates, Inc.
201 St. Charles Avenue, Suite 2521
New Orleans, LA 70170
Telephone: 985-542-5500

**PLEASE SERVE:**

KMART CORPORATION,
 through its registered agent for service of process,
C T Corporation
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808